CURRY ADVISORS
A Professional Law Corporation
  K. Todd Curry (149360)
185 West F Street, Ste. 100
San Diego, California 92101
Telephone: (619) 238-0004
Fax Number: (619) 238-0006

Counsel for Plaintiff / Counter-Defendant
One SC, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE SC, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>E&K VINTAGE WOOD, INC. and ERIC FREED,<br><br>　　　　Defendants.<br>_____<br>E&K VINTAGE WOOD, INC.<br><br>　　　　Counterclaimant,<br><br>v.<br><br>ONE SC, LLC,<br><br>　　　　Counter-Defendant<br>_____ | CASE NO. 2:18:cv-06529-PA-FFM<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

The Court having considered the Stipulation to Dismiss Entirety of Litigation With Prejudice, and good cause appearing therefor,

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED AS FOLLOWS:

1. The entirety of the above-entitled action, including the First Amended Complaint and the Counterclaim filed on September 18, 2018, shall be and hereby are dismissed with prejudice.

IT IS SO ORDERED.

Dated: August 23, 2019

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE